# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147610

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KC TRANSPORTATION, INC.,
        Plaintiff-Appellant,

v

        SC: 147610
        COA: 310428
        MTT: 00-314982

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the July 9, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013


Clerk

p1216